UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

ANDRA CAMP, Mother and Next friend    )
of KIMBERLY MICHELLE BRITTON,         )
                                      )
   *Plaintiff*,                           )
                                      )
v.                                    )    Case No. 4:06-cv-12
                                      )
JIMMY MULLINS, *et al.*,              )    Judge Mattice
                                      )
   *Defendants*.                          )

## ORDER

United States Magistrate Judge William B. Mitchell Carter filed his Report and Recommendation (Court Doc. No. 40) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).  Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with the Magistrate Judge's report and recommendation.  The Court thus **ACCEPTS** and **ADOPTS** the Magistrate Judge's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, the Court **ORDERS**:

(1)      Plaintiff's Motion to Amend to Substitute Parties (Court Doc. No. 26) is **DENIED**.

SO ORDERED this 6th day of June, 2007.

                          */s/ Harry S. Mattice, Jr.*
                          HARRY S. MATTICE, JR.
                UNITED STATES DISTRICT JUDGE